IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CR532 |
| vs. | ) | |
| | ) | ORDER |
| RAUL BOCANEGRA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Carlos A. Monzón for leave to withdraw as counsel for the defendant [18]. The record shows that Jeffrey L. Thomas has entered his appearance as substitute counsel.

**IT THEREFORE IS ORDERED** that the Motion to Withdraw [18] is granted. The Clerk shall terminate the appearance of Carlos A. Monzón as defense counsel and the record shall reflect that Jeffrey L. Thomas will represent the defendant in this matter.

**DATED September 1, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge